JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Giovanni Knafo | Case No. CV 18-01401-AB (KSx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Jaguar Land Rover North America LLC | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 1, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE